








```
CSG    3/8/04    7:14
3:02-CV-00998    ARCZIP LLC V. CHAWLA
*225*
*SATJGM.*
```

| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>  A Limited Liability Partnership |
| 2 |   Including Professional Corporations<br>ROBERT S. GERBER, Cal. Bar No. 137961 |
| 3 | THOMAS B. SNYDER, Cal. Bar No. 211230<br>12544 High Bluff Drive, Suite 300 |
| 4 | San Diego, California 92130-3051<br>Telephone:   858-720-8900 |
| 5 | Facsimile:   858-509-3691 |
| 6 | Attorneys for Plaintiffs ARCZIP, LLC and MICHAEL K.<br>KOVARIK |
| 7 | |

04 MAR -5 PM 3: 34

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | ARCZIP, LLC, a California Limited Liability Company, dba mfire.com, and MICHAEL K. KOVARIK, an individual dba Dailyedeals.com, all-free-isp.com, and coupons-coupon-codes.com, | CASE NO. 02-CV-0998 JM (JMA)<br><br>**ACKNOWLEDGEMENT OF FULL SATISFACTION OF MONETARY PORTION OF JUDGMENT** |
| 14 | Plaintiffs, | Hon. Jeffrey T. Miller |
| 15 | v. | |
| 16-28 | RAJEEV CHAWLA, an individual, dba 1-computer-online-coupons.com, tvgreatbuys.com, online-coupons-deals.com, free-internet-access-and-free-isp-directory.com, fast-free-isp.com, best-free-isp.com and internetcomet.com, discount-computers-computer-deals.com, free-computer-coupons.com, divionet.com; JILL ELIZABETH CHAWLA, an individual; POST-UP OPERATIONS, LLC, a California Limited Liability Company; DANIEL KOGAN, an individual, dba 1-computer-online-coupons.com, tvgreatbuys.com, online-coupons-deals.com, free-internet-access-and-free-isp-directory.com, fast-free-isp.com, best-free-isp.com; internetcomet.com, tvabs.com, justontv.com, ifashionmall.com, asontv.net, 1-prada-fendi-gucci-designer-handbags.com, designer-handbag.com, 1-steam-buggy-and-turbo-cooker.com, ontvmall.com, totalgym1000.com, totalgym1500.com, turbo-cooker.com, phase4orthoticsforless.com, discountasseenontv.com, discountinfomercial.com, top-10-as-seen-on-tv-infomercial-products.com, exclamation-1- | |

W02-SD:DTH\51319776.1                                                                                              CASE NO. 02-CV-0998 JM (JMA)

| | |
|---|---|
| 1 | as-seen-on-tv-infomercial-products.com, and tvspecials.tv; MARINA KOGAN, an |
| 2 | individual; ASONTV.NET, LLC, a Pennsylvania Limited Liability Company; |
| 3 | ONLINE DIVISION, LLC, a Pennsylvania Limited Liability Company; |
| 4 | IFASHIONMALL.COM, LLC, a Pennsylvania Limited Liability Company dba |
| 5 | ifashionmall.com; TARIQUE ("RICK") QURESHI, an individual, dba discount- |
| 6 | computers-computer-deals.com, free-computer-coupons.com and divionet.com; |
| 7 | APOLLO ONE GROUP, LLC, a Nevada Limited Liability Company, dba discount- |
| 8 | computers-computer-deals.com, free-computer-coupons.com; CHRIS OLSEN, an |
| 9 | individual, dba discount-computers-computer-deals.com, free-computer-coupons.com; |
| 10 | DIVIONET, LLC, a California Limited Liability Company, dba divionet.com; and |
| 11 | ALLEGIANT ADVISORS LLC, a California Limited Liability Company, dba divionet.com, |
| 12 | Defendants. |

TO CHRIS OLSEN AND APOLLO ONE GROUP, LLC AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Michael K. Kovarik and Arczip, LLC hereby acknowledge that the <u>monetary</u> portion of the Stipulated Judgment Against Chris Olsen and Apollo One Group, LLC, filed on or about April 7, 2003, has now been satisfied in full and that Chris Olsen and Apollo One Group, LLC shall have no further liability to Plaintiffs Michael K. Kovarik and Arczip, LLC for the <u>monetary</u> portion of that judgment. Plaintiffs do <u>not</u> acknowledge the satisfaction of any other portion of the aforementioned judgment.

Dated: March 5, 2004         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
THOMAS B. SNYDER
Attorneys for Plaintiffs ARCZIP, LLC and MICHAEL K. KOVARIK

Arczip, LLC, et al. v. Daniel Kogan, et al.
USDC Case No. 02-CV-0998-JM (JMA)

## PROOF OF SERVICE

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 12544 High Bluff Drive, Suite 300, San Diego, California 92130-3051.

On **March 5, 2004**, I served the following document described as follows:

**ACKNOWLEDGEMENT OF FULL SATISFACTION OF MONETARY PORTION OF JUDGMENT**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| Chris Olsen<br>5230 Fiore Terrace, #303<br>San Diego, CA 92122 | Apollo One Group, LLC<br>5230 Fiore Terrace, #303<br>San Diego, CA 92122 |
|---|---|
| William Cray, Esq.<br>Goodman & Cray, LLP<br>414 W. 4th Street, Suite A<br>Santa Ana, CA 92701 | |

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 619-234-3815. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1  ☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 5, 2004**, at San Diego, California.

*[signature]*
ROSA GARCIA VERNETTI